UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SONJA PENNELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-01698-JRS-DLP ) |
| GLOBAL TRUST MANAGEMENT, LLC, | ) ) |
| Defendant. | ) ) |

**Entry on Plaintiff's Motion to Reconsider**

Plaintiff Sonja Pennell moves the Court, under Rule 60(b), to reconsider its entry granting Defendant's motion for summary judgment. The Court has reexamined its previous ruling (ECF No. 43) and **denies** relief from judgment for the following reasons.

Familiarity with the Court's previous entry is assumed. As Plaintiff points out, the Court's entry mentions *Henson v. Santander Consumer USA Inc.*, 137 S. Ct. 1718 (2017), and questions Defendant's status as a "debt collector"—a matter beyond the adversarial issues presented by the parties. The Defendant's uncertain status as a "debt collector" was not, however, the basis for granting Defendant's motion for summary judgment. The Court granted summary judgment because, assuming Defendant was a debt collector, Defendant did not acquire the creditor's knowledge by acquiring Plaintiff's debt. (ECF No. 43 at 3.)

1

Plaintiff evidently disagrees with that conclusion. "Rule 60(b) is, however, an extraordinary remedy. The rule was designed to address mistakes attributable to special circumstances and not merely to erroneous applications of law." *Russell v. Delco Remy Div. of Gen. Motors Corp.*, 51 F.3d 746, 749 (7th Cir. 1995) (citation omitted). The Court is not persuaded that its conclusion was erroneous, and, even if the Court were so persuaded, Plaintiff's motion does not set forth any of the special circumstances warranting relief under Rule 60(b). Plaintiff's motion (ECF No. 45) is therefore **denied.**

**SO ORDERED.**

Date: 3/24/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brendan H. Little
LIPPES MATHIAS WEXLER FRIEDMAN LLP
blittle@lippes.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angie@philippslegal.com